UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
BRUCE HANSLEY,

                Plaintiff,                15 CV 9659 (LGS)

    -against-

THE CITY OF NEW YORK, et al.,        **DECLARATION OF SERVICE**

                Defendants.
---------------------------------X

      JESSICA ALFARONE, a paralegal employed by the firm Lumer & Neville, affirms under penalty of perjury that on December 16, 2015, I served the municipal defendant with a copy of the Summons and Complaint and a 160.50 Unsealing Authorization by personally delivering same thereof to the Office of the Corporation Counsel, at 100 Church Street, New York, New York 10007, by handing the aforesaid documents to B. MAZYCK, located at the First Floor Intake Window, who stated that she was authorized to accept service on behalf of the defendant.

Dated:   December 16, 2015
           New York, New York

                                                   _____
                                                   Jessica Alfarone